# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 31, 2023

Lyle W. Cayce
Clerk

No. 22-40245
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Derrick DeWayne Armstrong,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:20-CR-10-4

_____

Before Jones, Haynes, and Oldham, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Derrick DeWayne Armstrong has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Armstrong has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40245

issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.